# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| McNEIL | CIVIL ACTION |
| VERSUS | 17-481-SDD-SDJ |
| SULLIVAN | |

## RULING

The Court, after carefully considering the *Motion to Dismiss*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson, dated June 29, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's *Motion to Dismiss*[3] is hereby DENIED.

Signed in Baton Rouge, Louisiana on July 16, 2020.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 24.
[2] Rec. Doc. 30.
[3] Rec. Doc. 24.